

# NUMBER 13-13-00717-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI ᴄ EDINBURG

---

**DOUGLAS MICHAEL BULTHUIS,** **Appellant,**

**v.**

**JOSE JUAN AVILA,** **Appellee.**

---

### On appeal from the 370th District Court
### of Hidalgo County, Texas.

---

# ORDER TO FILE APPELLANT'S BRIEF

### Before Justices Rodriguez, Garza, and Benavides
### Order Per Curiam

This cause is before the Court on appellant's fifth unopposed motion for extension of time to file the brief. The clerk's record filed on February 14, 2014, was incomplete and a supplemental clerk's record was filed on June 23, 2014. This Court has previously granted appellant four extensions of time for the filing of appellant's brief; one extension

has been granted subsequent to the filing of the supplemental clerk's record. Appellant is now requesting until September 15, 2014 to file the appellate brief in this cause.

The Court, having fully examined and considered appellant's fifth motion for extension of time to file the brief and the extensions previously granted in this cause, is of the opinion that, in the interest of justice, appellant's fifth motion for extension of time to file the brief should be granted with order. The Court, however, looks with disfavor upon the delay caused by counsel's failure to have filed a brief in this matter.

Appellant's fifth motion for extension of time to file the brief is hereby GRANTED, and the Honorable Ronald G. Hole, counsel for appellant, is hereby ORDERED to file the appellate brief with this Court on or before September 15, 2014. Further motions for extension of time will not be favorably entertained by the Court.

PER CURIAM

Delivered and filed the
26th day of August, 2014.

2